No. 71–1013. TEITELBAUM *v.* STONE, SECRETARY OF STATE OF FLORIDA;

No. 71–5816. PAIGE *v.* CHAMBERS, CHIEF JUDGE, U. S. COURT OF APPEALS;

No. 71–5893. DEBORDE *v.* HAMILTON, CHIEF JUSTICE, SUPREME COURT OF WASHINGTON, ET AL.; and

No. 71–5897. PUTNAM *v.* UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT. Motions for leave to file petitions for writs of mandamus denied.

No. 71–968. MEDANSKY *v.* WILL, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied. MR. JUSTICE DOUGLAS is of the opinion that the motion should be granted.

No. 71–5837. FEATHERINGHAM *v.* ASHLAND COUNTY COURT OF COMMON PLEAS ET AL. Motion for leave to file petition for writ of mandamus and/or prohibition denied.

No. 71–718. McGINNIS, COMMISSIONER OF CORRECTION ET AL. *v.* ROYSTER ET AL. Appeal from D. C. S. D. N. Y. Probable jurisdiction noted.

No. 71–862. UNITED AIR LINES, INC. *v.* MAHIN, DIRECTOR OF DEPARTMENT OF REVENUE, ET AL. Appeal from Sup. Ct. Ill. Probable jurisdiction noted.

No. 71–366. TIDEWATER OIL CO. *v.* UNITED STATES ET AL. C. A. 9th Cir. Motion for leave to file petition for rehearing granted. Order of this Court denying petition for writ of certiorari on November 9, 1971 [404 U. S. 941], vacated. Certiorari granted.